02-11-270-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00270-CV

 

 


 
 
 Michael Jamison
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Irving Holdings, Inc., d/b/a Yellow Checker Cab.
 Co., Tommie Carter, Jr., John Donor, and G. Craig Hubble
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM County
Court at Law No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Motion To Dismiss Appeal.” 
It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
August 25, 2011









[1]See Tex. R. App. P. 47.4.